UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X     **ORIGINAL**

UNITED STATES OF AMERICA                :

        - v. -                          :     **SEALED INDICTMENT**

JOSE CARLOS PANIAGUA                     :     (S1) 14 Cr. __ ( )
    a/k/a "Carlos,"
    a/k/a "Carlito,"                     :
    a/k/a "Cee-lo,"                            **1 4 CRIM 5 4 7**
JOSE OSVALDO PANIAGUA JR.,               :
    a/k/a "Osvaldo,"
    a/k/a "Calvo,"                       :
JOSÉ RAFAEL PANIAGUA,
    a/k/a "Rafaelito,"                   :
JOSE OSVALDO PANIAGUA SR.,               :
    a/k/a "Nano,"
    a/k/a "Viejo,"                       :
JOSE BORGEN-REYES,                       :
    a/k/a "Benny,"
    a/k/a "Benny Blanco,"                :
    a/k/a "Scar,"
JOAN TORRES,                            :
    a/k/a "Ronco," and                        •
MICHAEL GONZALEZ,                       :
    a/k/a "Franklin Almonte Bigay,"
    a/k/a "Pucci,"                      :

            Defendants.                 :

- - - - - - - - - - - - - - - - - X

                            COUNT ONE

        The Grand Jury charges:

        1.      From in or about 2008, up to and including in or

about June 2014, in the Southern District of New York and

elsewhere, JOSE CARLOS PANIAGUA, a/k/a "Carlos," a/k/a

"Carlito," a/k/a "Cee-lo," JOSE OSVALDO PANIAGUA JR., a/k/a

"Osvaldo," a/k/a "Calvo," JOSE RAFAEL PANIAGUA, a/k/a
"Rafaelito," JOSE OSVALDO PANIAGUA SR., a/k/a "Nano," a/k/a
"Viejo," JOSE BORGEN-REYES, a/k/a "Benny," a/k/a "Benny Blanco,"
a/k/a "Scar," JOAN TORRES, a/k/a "Ronco," and MICHAEL GONZALEZ,
a/k/a "Franklin Almonte Bigay," a/k/a "Pucci," the defendants,
and others known and unknown, intentionally and knowingly did
combine, conspire, confederate, and agree together and with each
other to violate the narcotics laws of the United States.

2.    It was·a part and an object of the conspiracy
that JOSE CARLOS PANIAGUA, a/k/a "Carlos," a/k/a "Carlito,"
a/k/a "Cee-lo," JOSE OSVALDO PANIAGUA JR., a/k/a "Osvaldo,"
a/k/a "Calvo," JOSE RAFAEL PANIAGUA, a/k/a "Rafaelito," JOSE
OSVALDO PANIAGUA SR., a/k/a "Nano," a/k/a "Viejo," JOSE BORGEN-
REYES, a/k/a "Benny," a/k/a "Benny Blanco," a/k/a "Scar," JOAN
TORRES, a/k/a "Ronco," and MICHAEL GONZALEZ, a/k/a "Franklin
Almonte Bigay," a/k/a "Pucci," the defendants, and others known
and unknown, would and did distribute and possess with intent to
distribute a controlled substance, in violation of Title 21,
United States Code, Section 841(a)(1).

3.    The controlled substance that JOSE CARLOS
PANIAGUA, a/k/a "Carlos," a/k/a "Carlito," a/k/a "Cee-lo," JOSE
OSVALDO PANIAGUA JR., a/k/a "Osvaldo," a/k/a "Calvo," JOSE
RAFAEL PANIAGUA, a/k/a "Rafaelito," JOSE OSVALDO PANIAGUA SR.,
a/k/a "Nano," a/k/a "Viejo," JOSE BORGEN-REYES, a/k/a "Benny,"

2

a/k/a "Benny Blanco," a/k/a "Scar," JOAN TORRES, a/k/a "Ronco,"
and MICHAEL GONZALEZ, a/k/a "Franklin Almonte Bigay," a/k/a
"Pucci," the defendants, conspired to distribute and possess
with intent to distribute was mixtures and substances containing
a detectable amount of oxycodone, in violation of Title 21,
United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4.    From at least in or about 2008, up to and
including in or about June 2014, in the Southern District of New
York and elsewhere, JOSE CARLOS PANIAGUA, a/k/a "Carlos," a/k/a
"Carlito," a/k/a "Cee-lo," JOSE OSVALDO PANIAGUA JR., a/k/a
"Osvaldo," a/k/a "Calvo," JOSE RAFAEL PANIAGUA, a/k/a
"Rafaelito," JOSE OSVALDO PANIAGUA SR., a/k/a "Nano," a/k/a
"Viejo," JOSE BORGEN-REYES, a/k/a "Benny," a/k/a "Benny Blanco,"
a/k/a "Scar," JOAN TORRES, a/k/a "Ronco," and MICHAEL GONZALEZ,
a/k/a "Franklin Almonte Bigay," a/k/a "Pucci," the defendants,
and others known and unknown, willfully and knowingly did
combine, conspire, confederate, and agree together and with each
other to commit offenses against the United States, to wit, to
violate Sections 331(a), 331(t), 333(a)(2), 333(b)(1)(D), and
353(e)(2)(A) and (B) of Title 21, United States Code.

3

5.     It was a part and an object of the conspiracy
that JOSE CARLOS PANIAGUA, a/k/a "Carlos," a/k/a "Carlito,"
a/k/a "Cee-lo," JOSE OSVALDO PANIAGUA JR., a/k/a "Osvaldo,"
a/k/a "Calvo," JOSE RAFAEL PANIAGUA, a/k/a "Rafaelito," JOSE
OSVALDO PANIAGUA SR., a/k/a "Nano," a/k/a "Viejo," JOSE BORGEN-
REYES, a/k/a "Benny," a/k/a "Benny Blanco," a/k/a "Scar," JOAN
TORRES, a/k/a "Ronco," and MICHAEL GONZALEZ, a/k/a "Franklin
Almonte Bigay," a/k/a "Pucci," the defendants, and others known
and unknown, willfully and knowingly, and with the intent to
defraud and mislead, would and did introduce and deliver for
introduction into interstate commerce a drug that was
adulterated and misbranded, as those terms are defined in Title
21, United States Code, Sections 351(a) and 352(a), in violation
of Title 21, United States Code, Sections 331(a) and 333(a)(2).

6.     It was further a part and an object of the
conspiracy that JOSE CARLOS PANIAGUA, a/k/a "Carlos," a/k/a
"Carlito," a/k/a "Cee-lo," JOSE OSVALDO PANIAGUA JR., a/k/a
"Osvaldo," a/k/a "Calvo," JOSE RAFAEL PANIAGUA, a/k/a
"Rafaelito," JOSE OSVALDO PANIAGUA SR., a/k/a "Nano," a/k/a
"Viejo," JOSE BORGEN-REYES, a/k/a "Benny," a/k/a "Benny Blanco,"
a/k/a "Scar," JOAN TORRES, a/k/a "Ronco," and MICHAEL GONZALEZ,
a/k/a "Franklin Almonte Bigay," a/k/a "Pucci," the defendants,
and others known and unknown, willfully and knowingly would and
did engage in the wholesale distribution in interstate commerce

4

of prescription drugs subject to Title 21, United States Code,
Section 353(b) in a State, at a time when the defendants and
their coconspirators were not licensed by that State, in
accordance with the guidelines issued under Title 21, United
States Code, Section 353(e)(2)(B), in violation of Title 21,
United States Code, Sections 331(t), 333(b)(1)(D), and
353(e)(2)(A) and (B).

## OVERT ACTS

7.     In furtherance of the conspiracy and to effect
the illegal objects thereof, the following overt acts, among
others, were committed in the Southern District of New York and
elsewhere:

a.     On or about March 24, 2011, MICHAEL
GONZALEZ, a/k/a "Franklin Almonte Bigay," a/k/a "Pucci," the
defendant, possessed several hundred prescription pills for
redistribution.

b.     On or about April 19, 2012, in the Southern
District of New York, JOSE BORGEN-REYES, a/k/a "Benny," a/k/a
"Benny Blanco," a/k/a "Scar," the defendant, possessed and
transported prescription medication without a license.

c.     On or about December 17, 2012, in the
Southern District of New York, JOSE RAFAEL PANIAGUA, a/k/a
"Rafaelito," the defendant, purchased prescription medication
from another person who was not a licensed distributor.

5

d.    In or about March 2014, in the Southern
District of New York, JOAN TORRES, a/k/a "Ronco," the defendant,
possessed a list of prescription medications and their sale
price.

e.    In or about March 2014, in the Southern
District of New York, JOSE OSVALDO PANIAGUA SR., a/k/a "Nano,"
a/k/a "Viejo," the defendant, possessed prescription medication
for redistribution without a license.

f.    In or about April 2014, in the Southern
District of New York, JOSE OSVALDO PANIAGUA JR., a/k/a
"Osvaldo," a/k/a "Calvo," the defendant, possessed prescription
medication for redistribution without a license.

g.    In or about May 2014, in the Southern
District of New York, JOSE CARLOS PANIAGUA, a/k/a "Carlos,"
a/k/a "Carlito," a/k/a "Cee-lo," and JOSE RAFAEL PANIAGUA, the
defendants, possessed and transported prescription medication
without a license.

(Title 18, United States Code, Section 371)

FORFEITURE ALLEGATION

8.    As a result of committing the controlled
substance offense charged in Count One of this Indictment, JOSE
CARLOS PANIAGUA, a/k/a "Carlos," a/k/a "Carlito," a/k/a "Cee-
lo," JOSE OSVALDO PANIAGUA JR., a/k/a "Osvaldo," a/k/a "Calvo,"
JOSE RAFAEL PANIAGUA, a/k/a "Rafaelito," JOSE OSVALDO PANIAGUA

6

SR., a/k/a "Nano," a/k/a "Viejo," JOSE BORGEN-REYES, a/k/a
"Benny," a/k/a "Benny Blanco," a/k/a "Scar," JOAN TORRES, a/k/a
"Ronco," and MICHAEL GONZALEZ, a/k/a "Franklin Almonte Bigay,"
a/k/a "Pucci," the defendants, shall forfeit to the United
States, pursuant to Title 21, United States Code, Section 853,
any and all property constituting or derived from any proceeds
the defendants obtained directly or indirectly as a result of
the offense and any and all property used or intended to be used
in any manner or part to commit and to facilitate the commission
of the offense charged in Count One of this Indictment.

### Substitute Assets Provision

9.   If any of the above-described forfeitable
property, as a result of any act or omission of JOSE CARLOS
PANIAGUA, a/k/a "Carlos," a/k/a "Carlito," a/k/a "Cee-lo," JOSE
OSVALDO PANIAGUA JR., a/k/a "Osvaldo," a/k/a "Calvo," JOSE
RAFAEL PANIAGUA, a/k/a "Rafaelito," JOSE OSVALDO PANIAGUA SR.,
a/k/a "Nano," a/k/a "Viejo," JOSE BORGEN-REYES, a/k/a "Benny,"
a/k/a "Benny Blanco," a/k/a "Scar," JOAN TORRES, a/k/a "Ronco,"
and MICHAEL GONZALEZ, a/k/a "Franklin Almonte Bigay," a/k/a
"Pucci," the defendants:

> a.   cannot be located upon the exercise of due
> diligence;
>
> b.   has been transferred or sold to, or
> deposited with, a third person;

7

       c.    has been placed beyond the jurisdiction of the Court;

       d.    has been substantially diminished in value; or

       e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

FOREPERSON

PREET BHARARA
United States Attorney

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE CARLOS PANIAGUA,
a/k/a "Carlos," a/k/a "Carlito,"
a/k/a "Cee-lo,"
JOSE OSVALDO PANIAGUA JR.,
a/k/a "Osvaldo," a/k/a "Calvo,"
JOSE RAFAEL PANIAGUA, a/k/a "Rafaelito,"
JOSE OSVALDO PANIAGUA SR.,
a/k/a "Nano," a/k/a "Viejo,"
JOSE BORGEN-REYES,
a/k/a "Benny," a/k/a "Benny Blanco,"
a/k/a "Scar,"
JOAN TORRES, a/k/a "Ronco," and
MICHAEL GONZALEZ,
a/k/a "Franklin Almonte Bigay,"
a/k/a "Pucci,"
Defendants.

**SEALED INDICTMENT**

S1 14 Cr. __ (  )

(21 U.S.C. §§ 846, 853; 18 U.S.C. § 371)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

8/19/14 Filed Sealed Superseding Indictment
ac &hw issued